1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9    Patrick Feavel,                    )    No. CV09-0060-PHX-SRB
                                        )
10              Plaintiff,              )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     Joseph M. Arpaio,                  )
13                                      )
                Defendant.              )
14                                      )
                                        )
15   _____  )
16

17         Plaintiff, Patrick Feavel, filed his Civil Rights Complaint on January 8, 2009.   On

18   February 10, 2009, the Court issued a screening order advising Plaintiff that he "must file and

19   serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of

20   Civil Procedure." Plaintiff was further advised that "Failure to comply may result in

21   dismissal of this action." On February 13, 2009, this Court's February 10, 20009 order was

22   returned by the Post-Office with the notation "Released."

23         The Magistrate Judge filed his Report and Recommendation on April 14, 2009,

24   recommending that Plaintiff's case be dismissed without prejudice. The Court finds itself in

25   agreement with the Report and Recommendation of the Magistrate Judge.  The Court notes

26   that Plaintiff's copy of the Report and Recommendation was returned by the Post-Office with

27   the notation "RTS No Longer in Custody."

28

1       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

2   as the order of this Court.

3       IT IS FURTHER ORDERED dismissing this case.

4       IT IS FURTHER ORDERED that the Clerk enter judgment accordingly.

5

6   DATED this 1st day of May, 2009.

7

8

9

10  _____

                    Susan R. Bolton
11              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28